IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re RICHARD CHAD DAY and DEBORAH J. DAY, | Chapter 7<br><br>Case No. 10-bk-41537-SSC<br><br>Adv. No. 11-ap-00529-SSC<br>(Not for Publication- Electronic Docketing ONLY) |
| CLARENCE J. SMITH TESTAMENTARY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD CHAD DAY and DEBORAH J. DAY,<br><br>Defendants. | ORDER INCORPORATING MEMORANDUM DECISION DATED SEPTEMBER 29, 2012 |

Based upon this Court's Memorandum Decision dated September 29, 2012, which is incorporated by reference:

The Court finds that the Debtors shall be liable to the Trust in the amount of $1,396,410.65 under Section 523(a)(4) and (a)(6) as a result of the embezzlement by the Debtors of funds that should have been returned to the Trust. The Court denies any relief to the Trust under Section 523(a)(2)(A). Therefore,

IT IS ORDERED that the debt owed to the Plaintiff is non-dischargeable.

DATED   this 1st day of October, 2012.

*Sarah Sharer Curley* (signature)

Honorable Sarah Sharer Curley
United States Bankruptcy Judge